UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS GABBARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-cv-5622-BHS-KLS<br><br><br>PROPOSED ORDER FOR REMAND |

    Pursuant to the Stipulation to Remand filed by the parties (Dkt. 16), it is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will further evaluate all medical opinions, including those of Dr. Reddy and Dr. Posadas. The parties have acknowledged that in July 2003 Dr. Reddy did not opine that Plaintiff could perform full-time work. The ALJ will also reconsider Plaintiff's credibility; reevaluate Plaintiff's mental and physical residual functional capacity; and if warranted by the expanded record, obtain supplemental vocational evidence. The ALJ will

Page 1    ORDER - [3:07-CV-5622-BHS-KLS]

make a new determination as to Plaintiff's disability taking all evidence into account, and issue a new decision.  The parties stipulate that no specific aspect of the Commissioner's final decision is affirmed, and that Plaintiff may submit additional evidence and arguments to the ALJ on remand.

DATED this 6th day of May, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Recommended for Entry:


s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov

Page 2      ORDER - [3:07-CV-5622-BHS-KLS]