# United States District Court

## WESTERN DISTRICT OF WASHINGTON

THOMAS GABBARD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5622BHS/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's final decision is reversed and remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **5/6/08**.

_____May 7, 2008_____
Date

_____BRUCE RIFKIN_____
Clerk

__s/Caroline M. Gonzalez__
Deputy Clerk