# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS H. GABBARD

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5622BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


   That the Court hereby awards Plaintiff $4,943.86 in attorney fees and $59.78 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $21.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $5,024.64.


   June 24, 2008                                  BRUCE RIFKIN
Date                                                 Clerk


                                                      s/Caroline M. Gonzalez
                                                    Deputy Clerk